COMMONWEALTH of Pennsylvania, BUREAU OF DRIVER LICENSING, Respondent,

v.

Michael DRISCOLL, Petitioner.

Supreme Court of Pennsylvania.

Nov. 1, 2000.

## ORDER

PER CURIAM:

AND NOW, this 1st day of November, 2000, the Petition for Allowance of Appeal is hereby **GRANTED** and the order of the Commonwealth Court is affirmed. *See Commonwealth of Pennsylvania, Department of Transportation v. McCafferty,* —— Pa. ——, 758 A.2d 1155 (2000).